AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Adrienne Love <br><br> *Plaintiff(s)* <br> v. <br> Airbnb, Inc., Sound Made Public, Inc., Folio Literary Agency, The Gotham Group, LLC, 3 Arts Entertainment, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-1779 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103
Sound Made Public, Inc., 47 28th St, San Francisco, CA 94110
Folio Literary Agency, 630 9th Ave Ste 1101, New York, NY 10036
The Gotham Group, LLC, 1041 N Formosa Avenue, West Hollywood, CA 90046
3 Arts Entertainment, LLC, 9460 Wilshire Blvd, Beverly Hills, CA 90212-2707
Creative Artists Agency, LLC, 2000 Avenue Of The Stars, Los Angeles, CA 90067
(see remaining Defendants in attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John S. Shields (SBN 332363)
Shields Litigation P.C.
888 Prospect Street, Suite 200
La Jolla, CA 92037-4261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-1779

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment (AO 440)

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103
Sound Made Public, Inc., 47 28th St, San Francisco, CA 94110
Folio Literary Agency, 630 9th Ave Ste 1101, New York, NY 10036
The Gotham Group, LLC, 1041 N Formosa Avenue, Suite 200, West Hollywood, CA 90046
3 Arts Entertainment, LLC, 9460 Wilshire Blvd, Beverly Hills, CA 90212-2707
Creative Artists Agency, LLC, 2000 Avenue Of The Stars, Los Angeles, CA 90067
William Morris Endeavor Entertainment, LLC, 9601 Wilshire Blvd, Beverly Hills, CA 90210
Simon & Schuster, LLC, 1230 Avenue Of The Americas, New York, NY 10020
Paramount Pictures Corporation, 5555 Melrose Ave, Los Angeles, CA 90038
Temple Hill Entertainment, Inc., 9255 W Sunset Blvd Ste 900, West Hollywood, California, 90069
TFC Management, LLC, 207 N Vermont Avenue. Los Angeles, CA 90004
Jeff Kleinman, address TBD
Erin Harris, address TBD
Marly Rusoff, address TBD
Tara Bohn, address TBD
Alexis Gargagliano, address TBD
Jenny Gadd, address TBD
Danielle Zloto, address TBD
Erin Malone, address TBD
David Stone, address TBD
Mollie Glick, address TBD
Andrianna deLone, address TBD
Trish Todd, address TBD
Lindsay Sagnette, address TBD
Fiora Elbers-Tibbitts, address TBD
Libby McGuire, address TBD
Sean deLone, address TBD
Rebecca Serle, address TBD