**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ADRIENNE LOVE, an individual, | Case No. 2:25-cv-01779-AB(KSx) |
| Plaintiff, | (Hon. André Birotte Jr.) |
| v. | [~~PROPOSED~~] **FINAL JUDGMENT** |
| AIRBNB, INC., et al., | |
| Defendants. | |

Based on the Court's Order Granting Defendants' Motions to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 100) and the Order amending it, the Court **DISMISSES WITH PREJUDICE** all of Plaintiff Adrienne Love's claims for direct, contributory, and vicarious copyright infringement against all Defendants.

The Court **DISMISSES WITHOUT PREJUDICE** all of Plaintiff Adrienne Love's state law claims against all Defendants.

Therefore, **FINAL JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff Adrienne Love and **IN FAVOR** of all Defendants Airbnb, Inc., Sound Made Public, Inc., Folio Literary Management (erroneously sued as Folio Literary

Agency), The Gotham Group, LLC, 3 Arts Entertainment, LLC, Creative Artists Agency, LLC, William Morris Endeavor Entertainment, LLC, Simon & Schuster, LLC ("Simon & Schuster"), Paramount Pictures Corporation, Temple Hill Entertainment, Inc., TFC Management, LLC, Jeff Kleinman, Erin Harris, Marly Rusoff, Tara Bohn, Alexis Gargagliano, Jenny Gadd, Danielle Zloto, Erin Malone, David Stone, Mollie Glick, Andrianna deLone, Trish Todd, Lindsay Sagnette, Fiora Elbers-Tibbitts, Libby McGuire, Sean deLone, and Rebecca Serle ("Defendants").

As the prevailing parties in this litigation, Defendants are entitled to recover costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54-1.

In accordance with Local Rules 54-2 and 54-7, Notices of Application to the Clerk to Tax Costs and Proposed Bills of Costs, and motions for attorneys' fees and costs pursuant to 17 U.S.C. § 505, must be filed within 14 days after the entry of judgment in this action.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE